**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

April 22, 2014

Ellen B. Mitchell
Cox Smith Matthews Incorporated
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

Hon. Roberto (Bobby) Rene Garcia
Law Office of Bobby Garcia
5301 S. McColl Road
Edinburg, TX 78539

Re:      Cause No. 13-14-00231-CV
Tr.Ct.No. CL-08-3146-D
Style:    In Re Old American County Mutual Fire Insurance Company

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    County Court at Law No. 4
       Hon. Arturo Guajardo Jr., Hidalgo County Clerk